IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD KAREEM MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-139 |
| | ) | |
| RICHMOND COUNTY SHERIFF'S DEPT. | ) | |
| INVESTIGATOR JAMES McQUAIG; and | ) | |
| INVESTIGATOR MEGAN WEDDLE | ) | |
| INMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. (Doc. no. 5.) Although no objections were filed, Plaintiff re-urges a motion for appointment of counsel, a request the Magistrate Judge previously denied. (See doc. nos. 9, 12, 14.) In denying the prior requests, the Magistrate Judge pointed out the appointment of counsel is a privilege justified only by exceptional circumstances. Id.; see also Smith v. Fla. Dep't of Corr., 713 F.3d 1059, 1065 (11th Cir. 2013) (finding exceptional circumstances justified the appointment of counsel where the suspect conduct of prison officials hindered prisoner plaintiff's ability to present the essential merits of his case and, additionally, where such appointment would alleviate security concerns and help sharpen the issues).

Plaintiff provides no new justification for appointment of counsel. Thus, Plaintiff fails to show exceptional circumstances to justify the appointment of counsel, and the Court **DENIES** the renewed motion for appointment of counsel, (doc. no. 14). Steele v. Shah, 87 F.3d 1266, 1271 (11th Cir. 1996).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Richmond County Sheriff's Office and Investigator Megan Weddle Inman from this case, **DISMISSES** Plaintiff's claims against Investigator James McQuaig in his official capacity, and **DISMISSES** Plaintiff's claims for his state charges to be dropped for failure to state a claim upon which relief may be granted. The case shall proceed against Defendant McQuaig as described in the Magistrate Judge's October 28, 2021 Order. (See doc. no. 6.)

SO ORDERED this 3rd day of January, 2022, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA